647 A.2d 467

IN THE MATTER OF BEVERLY M. WURTH,
AN ATTORNEY AT LAW.

September 16, 1994.

## ORDER

This matter having been duly presented to the Court on the motion of BEVERLY M. WURTH, for the termination of the proctorship ordered by this Court on March 23, 1993, and the Office of Attorney Ethics having interposed no objection to said application, and good cause appearing;

It is ORDERED that the motion to terminate the proctorship imposed by this Court's Order of March 23, 1993, is granted.